```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                               CRIMINAL ACTION NO. 2:99-00126-02

ANTHONY LAMAR EVANS

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On February 5, 2016, the United States of America appeared by John J. Frail, Assistant United States Attorney, and the defendant, Anthony Lamar Evans, appeared in person and by his counsel, Rachel E. Zimarowski, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Joseph Black. The defendant commenced a three-year term of supervised release in this action on June 11, 2014, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on November 9, 2006.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant committed the state offenses of domestic violence and abduction on or about June 15, 2014, as evidenced by his guilty plea in the Franklin County, Ohio, Court of Common Pleas on September 28, 2015, for which he received a sentence of 180 days incarceration and three years of intensive violence prevention supervision; as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.**

**And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.**

**And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth**

in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TEN (10) MONTHS, to be followed by a term of twenty-six (26) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that he not contact, either directly or indirectly, at any time the victim of the domestic violence and abduction that resulted in the Ohio sentence.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: February 10, 2016

_____
John T. Copenhaver, Jr.
United States District Judge